In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00007-CV

                                                ______________________________

 

 

                                       DAVID HARWOOD,
Appellant

 

                                                                V.

 

 B & W FINANCE CO., INC., FNFS, LTD., AND JOANNE B.
MCKINNEY,       LARRY FREEMAN, ALTON C.
RYE, AND DAVID MOONEY, Appellees

 

 

                                                                                                  


 

 

                                         On Appeal from the 7th Judicial District Court

                                                             Smith County, Texas

                                                         Trial Court
No. 07-1630-A

 

                                                                                                  


 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            David Harwood,
the sole appellant in this case, has notified the Court that he wishes to
dismiss his appeal.[1]  Therefore, we dismiss the appeal.  See Tex. R. App. P. 42.1.

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          May
9, 2011    

Date Decided:             May
10, 2011

 

 

 

 











[1]Originally appealed to the Twelfth Court of Appeals,
this case was transferred to this Court by the Texas Supreme Court pursuant to
its docket equalization efforts.  See Tex.
Gov’t Code Ann. § 73.001 (Vernon 2005). 
We are unaware of any conflict between precedent of the Twelfth Court of
Appeals and that of this Court on any relevant issue.  See
Tex. R. App. P. 41.3.